UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| REINA MCCUSKY, | ) | Case No. 1:16 CV 2266 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| YOURMEMBERSHIP.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice. Therefore, this case is dismissed with prejudice.

    IT IS SO ORDERED.

                                        _/s/Donald C. Nugent___
                                        DONALD C. NUGENT
                                        United States District Judge

DATE: __May 23, 2017_____